# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CR-00077-PMP-RJJ |
| Plaintiff, | 2:03-CR-00214-PMP-LRL |
| vs. | **ORDER** |
| JOEY DESHAUN CLARK, | |
| Defendant. | |

This date the Court received the attached letter from the Defendant Joey D. Clark in the above-referenced cases. Defendant Clark's letter is self-explanatory and seeks credit for additional time he contends he served in federal custody prior to sentencing.

**IT IS ORDERED that** the Clerk of Court shall forthwith provide copies of the attached letter to counsel for Defendant Clark and Plaintiff United States in the above-referenced cases, and that the Parties shall thereafter have to and including **April 15, 2011** within which to file any appropriate motions.

DATED: March 16, 2011.

_____
PHILIP M. PRO
United States District Judge

Dear U.S. District Judge Philip M. Pro     March 14, 2011

Re: United States of America vs. Joey D. Clark
Case no: 2:07-CR-00077-PMP-RJJ
Case no: 2:03-CR-00214-PMP-LRL

Your honor,

I have been trying unsuccessfully to receive my full jail credit. I have written numerous request to no avail. I am at the mercy of the court your honor. I am missing jail credit from 2-28-07 to 4-3-07. I was in custody of the U.S. Marshalls during that time. Sir, prison this time around has been a very hard process. Trying to distance myself from my past and gang involvement, I have furthered my education by taking Micro-Soft computer classes also I am nationally Safe Serv certified. I need your help. I have a beautiful family that supports me and time is not a luxury I own. I cherish my freedom and my family. I just really need you to correct this for me.

                         Thank you!

D. CLARK
1-048
ECTIONAL COMPLEX
92301

SAN BERNARDINO CA 924
14 MAR 2011 PM 3 T

United States District Court
of Nevada
Lloyd D. George United States Courthouse
333 Las Vegas Blvd South, Room 7015
Las Vegas, NV 89101-7079

89101+7079