# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:03-CR-00214-PMP-LRL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JOEY DESHAUN CLARK, | ) | |
| Defendant. | ) | |

For the reasons set forth in the Government's Response in Opposition to Defendant's Motion (Doc. #149),

**IT IS ORDERED** that Defendant Joey Clark's Motion for Bail and Clarification of Judgment (Doc. #147) is **DENIED**.

DATED: May 14, 2012.

_____
PHILIP M. PRO
United States District Judge